**Nekita Antonio WHITE,**
**Plaintiff–Appellant,**

v.

**S. JONES, Correctional Officer;**
**Matthew Whalen, Lt. Officer,**
**Defendants–Appellees.**

**No. 10–7283.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 16, 2010.

Decided: Dec. 29, 2010.

Nekita Antonio White, Appellant Pro Se.

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nekita Antonio White appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Ac-cordingly, we affirm for the reasons stated by the district court. *White v. Jones,* No. 1:10–cv–00799–TSE–TRJ, 2010 WL 3395695 (E.D.Va. Aug. 23, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*